IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY LEE JOHNSON<br>Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 11-4555 |
| TABB BICKELL, et al.<br>Respondents. | : | |

## ORDER

AND NOW, this 19th day of March, 2012, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is TRANSFERRED to the United States Court of Appeals for the Third Circuit.

3. There is no basis for the issuance of a certificate of appealability.

— Petitioner's response/objection is overruled.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.